UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

_____
                                            )
NATASHA MILLER,                             )
                                            )
   *Plaintiff*,                              )
                                            )
   **v.**                                    )   Civil Action No. 1:12cv1209
                                            )
CONSERVATION INTERNATIONAL FOUNDATION,      )
   *et al.*,                                 )
                                            )
   *Defendants*.                             )
_____)

## JOINT STIPULATION OF DISMISSAL

The parties jointly stipulate that this matter has been resolved and that, pursuant to FRCP 41(a)(1)(a)(ii), it is hereby dismissed with prejudice.

                Respectfully submitted,

_____\s_____
Sharon Fast Gustafson
Counsel for Plaintiff
4041 N. 21st Street
Arlington, Virginia 22207-3040
(703) 527-0147 telephone
(703) 527-0582 telefacsimile
sharon.fast.gustafson@gmail.com
Virginia Bar Number 32800


_____\s_____
Charles V. Mehler III
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C.  2006-5403
202-420-3674 telephone
202-379-9316 telefacsimile
MehlerC@dicksteinshapiro.com
Virginia Bar Number 40182