UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| NATASHA MILLER, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CONSERVATION INTERNATIONAL FOUNDATION, )<br>*et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 1:12cv1209 |

## JOINT STIPULATION OF DISMISSAL

The parties jointly stipulate that this matter has been resolved and that, pursuant to FRCP 41(a)(1)(a)(ii), it is hereby dismissed with prejudice.

Respectfully submitted,

\s\
Sharon Fast Gustafson
Counsel for Plaintiff
4041 N. 21st Street
Arlington, Virginia 22207-3040
(703) 527-0147 telephone
(703) 527-0582 telefacsimile
sharon.fast.gustafson@gmail.com
Virginia Bar Number 32800

MOTION GRANTED.

Entered this 29th day of March 2013

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge

\s\
Charles V. Mehler III
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 2006-5403
202-420-3674 telephone
202-379-9316 telefacsimile
MehlerC@dicksteinshapiro.com
Virginia Bar Number 40182